UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 3:16-cv-1477-J-32PDB

PATRICK BRIAN HINES
CALLING 10, LLC,
and
TELSEVEN, LLC,

Defendants.

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to FRCP 41(a)(1)(A)(i), the United States files this notice of dismissal with respect to Telseven, LLC, and Calling 10, LLC, neither of whom has answered or moved for summary judgment.

Dated: February 27, 2017

Respectfully submitted,

A. Lee Bentley, III
United States Attorney

By: */s/ Sean M. Powers*

Sean M. Powers
Assistant United States Attorney
USA #180
United States Attorney's Office
300 North Hogan Street, Suite 700
Jacksonville, FL 32202
Telephone No.: (904) 301-6254
Facsimile No.: (904) 301-6310
Email: Sean.Powers@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of February, 2017, I filed the foregoing document with the Clerk of the Court. I further certify that a copy of the foregoing document will be mailed to the following:

Joel R. Dichter
Dichter Law LLC
488 Madison Avenue, 18th Floor
New York, New York 10022

*/s/ Sean M. Powers*__________
SEAN M. POWERS
Assistant United States Attorney