**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 3:16-cv-1477-J-32PDB

PATRICK BRIAN HINES, CALLING 10, LLC, and TELSEVEN, LLC,

Defendants.

---

**O R D E R**

Upon review of the Notice of Voluntary Dismissal (Doc. 8), filed on February 27, 2017, this case is dismissed without prejudice as to Defendants Telseven, LLC and Calling 10, LLC only. Unless the parties have otherwise agreed, each party shall bear its own attorneys' fees and costs. Plaintiff to send Defendants Telseven, LLC and Calling 10, LLC a copy of this Order. The case remains open.

**DONE AND ORDERED** in Jacksonville, Florida this 1st day of March, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record