# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No. 3:16-cv-1477-J-32PDB

PATRICK BRIAN HINES,

    Defendant.

_____

# **O R D E R**

This case is before the Court on the United States' Unopposed Motion for Consolidation. (Doc. 37).

Accordingly, it is hereby

**ORDERED:**

1. The United States' Unopposed Motion for Consolidation, (Doc. 37), is **GRANTED**. For scheduling, discovery, and non-dispositive motion purposes, this case is consolidated with United States v. Hines, No. 3:17-cv-761-J-32-JBT. The Court will later determine whether to consolidate the cases for all purposes. Both cases shall remain open.

2. United States Magistrate Judge Patricia Barksdale will be the assigned Magistrate Judge for both cases.

3. The Case Management Scheduling Order (Doc. 28) is vacated.

4. The Court will enter a separate Case Management Scheduling Order in case No. 3:17-cv-761-J-32-JBT that schedules both cases in accordance with the joint Case Management Report submitted in that case (Doc. 18).

**DONE AND ORDERED** in Jacksonville, Florida this 21st day of December, 2017.

*[Signature]*
TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

The Honorable Patricia D. Barksdale
United States Magistrate Judge

The Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record